AVENTIS PHARMA S.A. and Sanofi–
Aventis U.S., LLC, Plaintiffs–
Appellants,

v.

SUN PHARMACEUTICAL INDUS-
TRIES, LTD. and Sun Pharma Global
Fze, Defendants–Appellees.

No. 2011–1095.

United States Court of Appeals,
Federal Circuit.

Feb. 4, 2011.

## ON MOTION

### ORDER

The appellants move without opposition to stay proceedings in this appeal pending the court's disposition in *Aventis Pharma S.A. v. Hospira Inc.,* 2011–1018, –1047, and separately move for an extension of time to file their initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. The appellants are directed to inform this court, within 14 days of the issuance of this court's mandate in 2011–1018, –1047, concerning how they believe that this appeal should proceed. The appellees may also respond within that time.

(2) The motion for an extension of time is denied as moot.